Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (*If known*):_____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **John**<br>First name<br><br>**Shun On**<br>Middle name<br><br>**Ngan**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **John**<br>First name<br><br>Middle name<br><br>**Lee**<br>Last name<br><br>**John**<br>First name<br><br>Middle name<br><br>**Ngan**<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __3_ _1_ _1_ _4_<br>OR<br>9xx – xx – __ __ __ __ | xxx – xx – __ __ __ __<br>OR<br>9xx – xx – __ __ __ __ |

| Debtor 1 | **John** | **Shun On** | **Ngan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | __ __ – __ __ __ __ __ __ __ <br> EIN <br><br> __ __ – __ __ __ __ __ __ __ <br> EIN | __ __ – __ __ __ __ __ __ __ <br> EIN <br><br> __ __ – __ __ __ __ __ __ __ <br> EIN |

---

**5.  Where you live**

|  | **If Debtor 2 lives at a different address:** |
|---|---|
| **1025 Via Mirabel** <br> Number          Street <br><br> _____ | _____ <br> Number          Street <br><br> _____ |
| **Palos Verdes Peninsula, CA 90274** <br> City                    State    ZIP Code | _____ <br> City                    State    ZIP Code |
| **Los Angeles** <br> County | _____ <br> County |

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

| _____ <br> Number          Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City                    State    ZIP Code | _____ <br> Number          Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City                    State    ZIP Code |
|---|---|

---

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **John** | **Shun On** | **Ngan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.

☑ Yes.

| Debtor **Flying Star LLC** | | Relationship to you **Affiliate** |
|---|---|---|
| District **Central District of California** | When **02/24/2025** MM / DD / YYYY | Case number, if known **2:25-11380-WB** |
| Debtor **E Star LLC** | | Relationship to you **Affiliate** |
| District **Central District of California** | When **02/24/2025** MM / DD / YYYY | Case number, if known _____ |

---

**11.** **Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **John** | **Shun On** | **Ngan** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **John** | **Shun On** | **Ngan** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number          Street

_____

_____

City                                          State          ZIP Code

| Debtor 1 | **John** | **Shun On** | **Ngan** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | John | Shun On | Ngan | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____

John Shun On Ngan, Debtor 1

Executed on **02/24/2025**
        MM/ DD/ YYYY

Debtor 1    **John**          **Shun On**          **Ngan**                        Case number *(if known)* _____
    First Name      Middle Name        Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _James E Till_____      Date **02/24/2025**_____
  Signature of Attorney for Debtor                    MM / DD / YYYY

**James E Till**_____
Printed name

**Till Law Group**_____
Firm name

**120 Newport Center Dr**_____
Number        Street

_____

**Newport Beach**_____ **CA**  **92660**_____
City                        State    ZIP Code

Contact phone  **(310) 721-4645**_____    Email address  **james.till@till-lawgroup.com**_____

**200464**_____ **CA**____
Bar number                    State

In re:  **John Shun On Ngan**

**Attachment to Official Form 101 –**

**Voluntary Petition for Individuals Filing for Bankruptcy**

Part 2. 10 – Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

Debtor:  <u>Top Brand LLC</u>                                          Relationship to you:  <u>Affiliate</u>
District: <u>Central District of California</u>        When:  <u>02/24/2025</u>        Case # if Known: _____

Debtor:  <u>Sky Creation LLC</u>                                      Relationship to you:  <u>Affiliate</u>
District: <u>Central District of California</u>        When:  <u>02/24/2025</u>        Case # if Known: _____

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John** | **Shun On** | **Ngan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Central** | District of | **California** |
| Case number (if known) | | | |

☐ Check if this is an amended filing

<u>Official Form 104</u>

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | | Unsecured claim |
|---|---|---|---|---|

**1** | **Cozy Comfort Company LLC**
Creditor's Name
**Attn Michael Speciale**

**5000 Pleasanton Ave**
Number      Street
**Pleasanton, CA 94566**
City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Pending Litigation**          **$21,000,000.00**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
Value of security: _____
Unsecured _____

**2** | **East West Bank**
Creditor's Name

**PO Box 80246**
Number      Street

**Cerritos, CA 90703**
City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Guaranty of Business Debt**          **$12,000,000.00**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
Value of security: _____
Unsecured _____

| Debtor 1 | John | Shun On | Ngan | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | Unsecured claim |
|---|---|---|---|---|

| 3 | **Living Design Ltd** | What is the nature of the claim? | **Potential liability for business debts** | $3,999,546.19 |

Creditor's Name

**Flat/Rm 01-05-Blk 2,**

**#9 Sheung Yeut Rd**

Number          Street

**Kownloon Bay, HONG KONG,**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

Contact

Contact phone

---

| 4 | **Jones Day** | What is the nature of the claim? | **Potential liability for business debts** | $663,817.00 |

Creditor's Name

**Gregory A Castanias**

**51 Louisiana Ave NW**

Number          Street

**Washington, DC 20001-2105**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

Contact

Contact phone

---

| 5 | **Kempster Law Firm** | What is the nature of the claim? | **Legal Services** | $360,000.00 |

Creditor's Name

**Attn Don Kempster**

**332 S Michigan Ave 14th FL**

Number          Street

**Chicago, IL 60604**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

Contact

Contact phone

---

Debtor 1    **John**        **Shun On**        **Ngan**                    Case number *(if known)* _____
            First Name       Middle Name        Last Name

|  | | | **Unsecured claim** |
|---|---|---|---|

**6**  **Aronberg Goldgehn Davis & Garmisa**        What is the nature of the claim?    **Potential liability for business debts**    **$281,645.08**
Creditor's Name

**ATTN: Damaris Torres Lopez**

**330 North Wabash**        As of the date you file, the claim is: Check all that apply.
Number        Street        ☑ Contingent
                            ☐ Unliquidated
**Chicago, IL 60611**        ☑ Disputed
City        State        ZIP Code        ☐ None of the above apply

                            **Does the creditor have a lien on your property?**
Contact                    ☑ No
                            ☐ Yes. Total claim (secured and unsecured): _____

Contact phone                    Value of security: _____

                                Unsecured        _____

---

**7**  **Shaoxing Mase Trade Co Ltd**        What is the nature of the claim?    **Potential liability for business debts**    **$231,627.76**
Creditor's Name

**Attn Lucy, 3rd Fl, No 38, Yuanling**

**So 4th Lane, Huidong County**        As of the date you file, the claim is: Check all that apply.
Number        Street        ☑ Contingent
                            ☐ Unliquidated
**Huizhou City, Guangdon CHINA,**        ☑ Disputed
City        State        ZIP Code        ☐ None of the above apply

                            **Does the creditor have a lien on your property?**
Contact                    ☑ No
                            ☐ Yes. Total claim (secured and unsecured): _____

Contact phone                    Value of security: _____

                                Unsecured        _____

---

**8**  **Osborn Maledon PA**        What is the nature of the claim?    **Potential liability for business debts**    **$206,273.37**
Creditor's Name

**Attn Osborn Maledon**

**2929 N Central Ave Ste. 2000**        As of the date you file, the claim is: Check all that apply.
Number        Street        ☑ Contingent
                            ☐ Unliquidated
**Phoenix, AZ 85012**        ☑ Disputed
City        State        ZIP Code        ☐ None of the above apply

                            **Does the creditor have a lien on your property?**
Contact                    ☑ No
                            ☐ Yes. Total claim (secured and unsecured): _____

Contact phone                    Value of security: _____

                                Unsecured        _____

---

**9**  **Easy People LTD**        What is the nature of the claim?    **Potential liability for business debts**    **$193,070.00**
Creditor's Name

**Attn: Kevin, Rm 16G, 16H, Shenkan Bldg**

**Middle Rd, Futian District**        As of the date you file, the claim is: Check all that apply.
Number        Street        ☑ Contingent
                            ☐ Unliquidated
**HONG KONG 999077,**        ☑ Disputed
City        State        ZIP Code        ☐ None of the above apply

                            **Does the creditor have a lien on your property?**
Contact                    ☑ No
                            ☐ Yes. Total claim (secured and unsecured): _____

Contact phone                    Value of security: _____

                                Unsecured        _____

| Debtor 1 | **John** | **Shun On** | **Ngan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | **Unsecured claim** |
|---|---|---|---|---|

**10** | **Mainland Sewing Headwear MFG LTD**

Creditor's Name

**Attn Ava, Rm 2301-2305,23/F**

**FTLIFE Tower, No 18 Sheung Yuet Road**

Number          Street

**Shenzhen City, CHINA 999077,**

City               State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**

$190,944.52

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

---

**11** | **GlobalNetwork Solution World**

Creditor's Name

**ATTN: Mark Simon**

_____
Number          Street

_____
City               State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**

$190,000.00

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

---

**12** | **Hangzhou Huddys Clothing Co Ltd**

Creditor's Name

**Lian Wang, Rm 3305 Bldg 11 Ph 11 Tianan Cloud Valley**

**Bantain Sub-District Longgan District**

Number          Street

**Shenzhen City, Guangdong CHINA,**

City               State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**

$157,215.56

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

---

**13** | **Hangzhou Babycat Textile Co Ltd**

Creditor's Name

**Kuang Qiaoyi Gr Fl Shp 02 Bldg A XiGe**

**Gong Yu #2004 Xingye Rd Xixiang Sub-Dist**

Number          Street

**Baoan Dist Shenzhen City, Guangdon CHINA,**

City               State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**

$126,809.00

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

| Debtor 1 | **John** | **Shun On** | **Ngan** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|---|---|---|---|

**14**

**Great Wall Products Mfg Ltd**
Creditor's Name

**Wu Qixi No 210 Chaosha New Village**

**Renmin 2nd Rd, Qingcheng**
Number          Street

**Qingyuan City, Guangdong CHINA,**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security:          _____
          Unsecured          _____

**$91,780.00**

**15**

**Anhui Light Industries Intl**
Creditor's Name

**Su Xiaopeng Rm 101 #2 Bldg13 Shuixie**

**Huacheng Fuxing West Rd Jingxiu Dist**
Number          Street

**Baoding City, Hebe, CHINA,**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security:          _____
          Unsecured          _____

**$83,444.18**

**16**

**Ningbo Carefree Trading & Indust Co Ltd**
Creditor's Name

**Attn Cici Zong, 410 Phase II**

**Design Commune, Huli District,**
Number          Street

**Xiamen, CHINA,**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security:          _____
          Unsecured          _____

**$76,985.90**

**17**

**Steve Basjamin**
Creditor's Name

**1409 Lomita Blvd**
Number          Street

**Harbor City, CA 90710**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Rent**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security:          _____
          Unsecured          _____

**$50,000.00**

Debtor 1    **John**      **Shun On**    **Manda**      Case number *(if known)* _____

First Name      Middle Name      Last Name

| | | Unsecured claim |
|---|---|---|

---

**18** | **Channel Bakers Inc.**

Creditor's Name

**8285 E Santa Ana Canyon Rd Suite 135-315**

Number      Street

**Anaheim, CA 92808**

City      State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**      **$45,247.04**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

---

**19** | **Criteo Crop**

Creditor's Name

**387 Park Avenue So. 12th Floor**

Number      Street

**New York, NY 10016**

City      State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**      **$35,490.53**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

---

**20** | **Cislo & Thomas LLP**

Creditor's Name

**Luke**

**12100 Wilshire Blvd**

Number      Street

**Los Angeles, CA 90025**

City      State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Potential liability for business debts**      **$32,185.70**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

---

**Part 2:**    Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____      X _____

Signature of Debtor 1                         Signature of Debtor 2

Date   **02/24/2025**                                 Date _____
     MM / DD / YYYY                                       MM / DD / YYYY

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Concurrently herewith, four of Debtor's affiliated businesses have commenced chapter 11 cases in the United States Bankruptcy Court, Central District of California: E Star LLC, Flying Star LLC, Top Brand LLC and Sky Creation LLC; Flying Star LLC has been assigned to the Honorable Julia W. Brand, case no. 2:25-11380-WB**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **N/A**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Carson**          , California

John Shun On Ngan
Signature of Debtor 1

Date: **02/24/2025**

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James E Till**<br>**Bar Number: 200464**<br>**Till Law Group**<br>**120 Newport Center Dr**<br>**Newport Beach, CA 92660**<br>**Phone: (310) 721-4645**<br>**Email: james.till@till-lawgroup.com**<br><br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>**John Shun On Ngan** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____7____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ____**02/24/2025**____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

**3CG Refund Sniper LLC**
ATTN: Accounting
16192 Coastal Hwy
Lewes, DE 19958

**Anhui Light Industries Intl**
Su Xiaopeng Rm 101 #2
Bldg13 Shuixie
Huacheng Fuxing West Rd Jingxiu Dist
Baoding City, Hebe, CHINA

**Aronberg Goldgehn Davis & Garmisa**
ATTN: Damaris Torres Lopez
330 North Wabash
Chicago, IL 60611

**AT&T**
P O Box 5019
Carol Stream, IL 60197

**Auto Club**
P O Box 25406
Santa Ana, CA 92799

**Brian Speciale**
Gregory P Sitrick
Messner Reeves LLP
7250 N 16th St Ste 410
Phoenix, AZ 85020

**California Dept of Tax and Fee Admin**
Account Information Grp MIC 29
PO Box 942879
Sacramento, CA 94279-0029

**Canon Financial Services Inc**
14904 Collections Center Dr
Chicago, IL 60693

**Cathay Bank**
PO Box 6018
Arcadia, CA 91077

**Channel Advisor Hong Kong Limited**
3025 Carrington Mill Blvd Ste 500
Morrisville, NC 27560

**Channel Bakers Inc.**
8285 E Santa Ana Canyon Rd
Suite 135-315
Anaheim, CA 92808

**Cislo & Thomas LLP**
Luke
12100 Wilshire Blvd
Los Angeles, CA 90025

**Cozy Comfort Company LLC**
Attn Michael Speciale
5000 Pleasanton Ave
Pleasanton, CA 94566

**Cozy Comfort Company LLC**
c/o Isaac S. Crum, Esq
Messner Reeves LLP
7250 N 16th St Ste 410
Phoenix, AZ 85020

**Criteo Crop**
387 Park Avenue So. 12th Floor
New York, NY 10016

**Cuckoo Rental America Inc.**
Attn: Julia
16610 Marquardt Ave
Cerritos, CA 90703

**D Kempster LLC**
D Kempster
332 S. Michigan Ave Ste 1428
Chicago, IL 60604

**Dora Zhang**
32033 Searidge Circle
Rancho Palos Verdes, CA 90275

**East West Bank**
PO Box 80246
Cerritos, CA 90703

**Easy People LTD**
Attn: Kevin, Rm 16G, 16H,
Shenkan Bldg
Middle Rd, Futian District
HONG KONG 999077

**Empire Staffing Group**
Mandy
8532-1/2 Rosecrans Ave
Paramount, CA 90723-3644

**Employment Development Dept**
Bankruptcy Group MIC 92E
PO Box Box 826880
Sacramento, CA 94280-0001

**Franchise Tax Board**
Bankruptcy Section MS A-340
PO Box Box 2952
Sacramento, CA 95812-2952

**GlobalNetwork Solution World**
ATTN: Mark Simon

**Great Wall Products Mfg Ltd**
Wu Qixi No 210
Chaosha New Village
Renmin 2nd Rd, Qingcheng
Qingyuan City, Guangdong CHINA

**Hangzhou Babycat Textile Co Ltd**
Kuang Qiaoyi Gr Fl Shp 02 Bldg A XiGe
Gong Yu #2004 Xingye Rd Xixiang
Sub-Dist
Baoan Dist Shenzhen City, Guangdon
CHINA

**Hangzhou Huddys Clothing Co Ltd**
Lian Wang, Rm 3305 Bldg 11 Ph 11
Tianan Cloud Valley
Bantain Sub-District Longgan District
Shenzhen City, Guangdong CHINA

**Hei Keung Ngan**
3rd Floor #38 Yuan Ling South 4th
Guandong
CHINA

**Internal Revenue Service**
PO Box Box 7346
Philadelphia, PA 19101-7346

**iSunic BV**
Attn Kelly
Pastoor stassenstraat 3
Venlo NETHERLANDS, 5921CR

**Jones Day**

Gregory A Castanias
51 Louisiana Ave NW
Washington, DC 20001-2105

**Keith Chuang**

18 Fano St #5
Arcadia, CA 91006

**Kempster Law Firm**

Attn Don Kempster
332 S Michigan Ave 14th FL
Chicago, IL 60604

**Living Design Ltd**

Flat/Rm 01-05-Blk 2,
#9 Sheung Yeut Rd
Kownloon Bay, HONG KONG

**Los Angeles County Tax Collector**

Attn Bankruptcy Unit
PO Box Box 54110
Los Angeles, CA 90054-0010

**Mainland Sewing Headwear MFG LTD**

Attn Ava, Rm 2301-2305,23/F
FTLIFE Tower, No 18 Sheung Yuet Road
Shenzhen City, CHINA 999077

**Ngan Brothers Inc**

17145 Margay Ave
Carson, CA 90746

**Ningbo Carefree Trading &
Indust Co Ltd**
Attn Cici Zong, 410 Phase II
Design Commune, Huli District,
Xiamen, CHINA

**Osborn Maledon PA**
Attn Osborn Maledon
2929 N Central Ave Ste. 2000
Phoenix, AZ 85012

**OSI Staffing Inc.**
Abby
10913 La Reina Ave Ste B
Downey, CA 90241

**Refund Sniper LLC**
Yisrael
16192 Coastal Hwy
Lewes, DE 19958

**Shaoxing Mase Trade Co Ltd**
Attn Lucy, 3rd Fl, No 38, Yuanling
So 4th Lane, Huidong County
Huizhou City, Guangdon CHINA

**Steve Basjamin**
1409 Lomita Blvd
Harbor City, CA 90710

**Top Sports International Ltd**
701 ChangLe House
Central Garden, Futian
Shenzhen, CHINA

**Toyota Industries Commercial
Fin Inc**
P O Box 660925
Dallas, TX 75266

**TRC Employer Services**
Attn Pablo
21515 Hawthorne Blvd Ste 200
Torrance, CA 90503

**Uline**
P O Box 88741
Chicago, IL 60680

**UPS**
PO Box 650116
Dallas, TX 75266

**Waste Resources Carson**
P O Box 7299
Gardena, CA 90247

**Wells Fargo Auto**
PO Box Box 5265
Sioux Falls, SD 57117

**Yok Tong Lam**
Room 1303 98 Granville Rd
Tsim Sha Tsui, Kowloon
HONG KONG