Michael B. Reynolds (SBN 174534)
mreynolds@swlaw.com
Andrew B. Still (SBN 312444)
astill@swlaw.com
Allison C. Murray (SBN 329336)
acmurray@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:     714.427.7000
Facsimile:     714.427.7799

Attorneys for Debtors-in-Possession
Flying Star LLC, Sky Creation LLC,
Top Brand LLC and E Star LLC

FILED & ENTERED

NOV 21 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>FLYING STAR LLC, et al.<br><br>　　　　　Debtors and Debtors-<br>　　　　　in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Flying Star LLC<br>☐ Sky Creations LLC<br>☐ Top Brand LLC<br>☐ E Star LLC<br>☐ John Shun On Ngan | Lead Case No. 2:25-bk-11380-WB<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>Case Nos.:   2:25-bk-11384-WB<br>　　　　　　　2:25-bk-11387-WB<br>　　　　　　　2:25-bk-11388-WB<br>　　　　　　　2:25-bk-11416-WB<br><br>**ORDER GRANTING MOTION FOR ORDER DISMISSING CHAPTER 11 CASES PURSUANT TO 11 U.S.C. § 1112(b)**<br><br><u>Hearing Information</u>:<br>Date:　　　October 2, 2025<br>Time:　　　10:00 a.m.<br>Crtrm:　　　1375<br>Address:　　255 E. Temple Street<br>　　　　　　Los Angeles, CA 90012 |

A hearing was held on October 2, 2025, at 10:00 a.m., before the Honorable Julia W. Brand, United States Bankruptcy Judge for the Central District of California, in Courtroom 1375 of the United States Courthouse located at 255 E. Temple Street, Los Angeles, California, on the motion (the "Motion") [Docket 155] for entry of an order establishing a procedure for the

- 1 -　　　　ORDER GRANTING MOTION TO DISMISS

4935-3322-6607

payment of administrative creditors and dismissing the above-referenced jointly administered Chapter 11 bankruptcy cases ("Cases"), filed by debtors-in-possession, Flying Star LLC, Sky Creation LLC, Top Brand LLC, E Star LLC, and John Shun On Ngan (the "Debtors"). Appearances were made as noted on the record.

The Court has read and considered the Motion and other documents submitted in connection therewith, including the First and Final Fee Applications and supporting documents of the professionals employed by the Debtors in these proceedings (i.e., Snell & Wilmer, L.L.P. [Docket No. 159], Jones Day [Docket 162], and Till Law Group [Docket 166]) (collectively, the "Fee Applications"), which Fee Applications were approved via orders entered on October 3, 2025 as to Snell & Wilmer, L.L.P., and Till Law Group [Docket Nos. 179 and 180, respectively], and October 15, 2025, as to Jones Day [Docket No. 183].

Based on the entire record, and the statements and arguments presented at the hearing, and with good cause shown,

**IT IS ORDERED** that:

1. The Motion is GRANTED, and the Cases are DISMISSED.

2. Pursuant to 11 U.S.C. Section 349(b), all orders of the Court entered in these Cases ("Prior Orders"), shall survive the dismissal thereof. The Court shall retain jurisdiction to interpret and effectuate its Prior Orders, and to dispose of ancillary matters despite dismissal, including, but not limited to, all issues arising under 11 U.S.C. Sections 105, 330 and 349.

**IT IS SO ORDERED.**

#

Date: November 21, 2025

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

- 2 - ORDER GRANTING MOTION TO DISMISS

4935-3322-6607